# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

George Abdelsayed individually and on behalf of all others similarly situated; et al

**Plaintiff,**

V.

Marriott International, Inc. a Delaware corporation

**Defendant.**

Case No. 21-cv-00402-BEN-JLB

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:  "Low-Numbered Case No.: 19-cv-01715-JLS-AHG
     Title: Hall v. Marriott International, Inc.
     Nature of Case: 370 Other Fraud

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☐ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:** 21-cv-0402-JLS-AHG

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 3/9/21

By: s/ M. Exler

M. Exler, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 3/17/2021

Janis L. Sammartino
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Allison H. Goddard for all further proceedings.

Dated: March 17, 2021

Roger T. Benitez
United States District Judge